## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------

ALEX A. JOHNSON
Plaintiff,

v.

ALS RESOLVION, LLC,
EASTERN RECOVERY, INC.
WELLS FARGO AUTO, a division of WELLS
FARGO BANK N.A.
Defendants.

---------------------------------------------------------------

Civil Action No.

**COMPLAINT AND REQUEST
FOR JURY TRIAL**

### Introduction

Plaintiff Alex A. Johnson seeks compensation for actual and statutory damages for the unlawful repossession of a personal motor vehicle.

### Parties

1.     Plaintiff Alex A. Johnson is a natural person who lives in Lynn, Massachusetts

2.     Defendant ALS Resolvion, LLC ("ALSR") is a limited liability company organized under the laws of Delaware with its principal place of business in Atlanta, Georgia. ALSR is a nationwide repossession management servicer who locates collateral and subcontracts local repossession agents on behalf of lenders and lienholders. On information and belief, ALSR regularly services repossession of motor vehicles in Massachusetts.

3.     Defendant Eastern Recovery, Inc., is a corporation organized under the laws of Rhode Island with its principal place of business in Johnston, Rhode Island. (hereafter referred to as "ERI"). ERI is a repossession agency. On information and belief, ERI derives a substantial amount of revenue from repossessing vehicles in Massachusetts.

4.     Defendant Wells Fargo Auto is a division of Wells Fargo Bank, N.A. which is organized

1

under the laws of the United States with its main office in South Dakota. (hereafter "WFA").

## Jurisdiction and Venue

4.      Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), and also under 28 U.S.C. §§ 1331 and 1337.

5.      This Court has supplemental jurisdictions over all state law claims as they are based upon the same facts as the federal claims. *See* 28 U.S.C. § 1367(a).

6.      Personal jurisdiction exists over ALS Resolvion, LLC ("ALSR") for contracting to provide repossession services to seize a motor vehicle located in Massachusetts which is the subject of this action. M.G.L. c. 223A, § 3(b).

7.      Personal jurisdiction exists over Defendant Eastern Recovery, Inc. ("ERI") who caused tortious injury to Plaintiff in Massachusetts.  M.G.L. c. 223A, § 3(c).

8.      Personal jurisdiction exists over Wells Fargo Auto who regularly provides indirect financing for vehicles purchased and titled in Massachusetts by Massachusetts residents. M.G.L. c. 223A, § 3(a), (b).

9.      This Court is the proper venue because a substantial number of the acts and omissions occurred in Massachusetts and the harm was suffered by the Plaintiff who is a Massachusetts resident.  28 U.S.C. § 1391(b)(2).

## Statement of Facts

9.      On December 14, 2016, Plaintiff Alex A. Johnson executed a Retail Installment Sales Contract ("RISC") for the purchase of a 2013 BMW 353Xi Coupe VIN WBAFU7C53DDU76575 (hereafter "vehicle") for personal use with Defendant Well Fargo Auto ("WFA") as the lienholder. Exhibit A. The RISC scheduled for 75 monthly payments of $499.72.

10.     Around May or June 2019, Johnson fell behind on his RISC payments.

11.     WFA sent Johnson a notice dated July 23, 2019 with the heading "Rights of Defaulting Buyer under the Massachusetts Motor Vehicle Installment Sales Act" stating that he was in default on his obligation in the amount of $984.00 but could cure the default as provided by the Massachusetts Motor Vehicle Installment Sales Act codified at M.G.L. c. 255B, § 20A.

12.     On July 26, 2019, the vehicle was in a rear-end collision and Johnson made a claim with his insurer.

13.     On or about August 15, 2019, Johnson received an insurance payment of $1,584.53

14.     On or about August 16, 2019, Johnson telephoned WFA and stated that he would like to use the proceeds from his insurance settlement to pay the delinquency on the loan. The WFA representative told him they would accept insurance proceeds and apply them to the loan payments if he put a notation that it should be "applied to payments" or similar.

15.     On or about August 16, 2019, Johnson mailed WFA a check for $1,584.53 with a written notation that it should be applied to the loan payments.

16.     On August 26, 2019, WFA received the $1,584.53 check from Johnson.

17.     The outstanding obligation on the RISC as of August 26, 2019 was less than $1,584.53.

18.     At around 1:00 am on Saturday, August 31, 2019, Johnson noticed a representative of Defendant Eastern Recovery, Inc. ("ERI") driving a tow truck onto the private driveway of his apartment at 34 Grove Street, Lynn, MA 01905 where the vehicle was parked with the emergency brake engaged

19.     ERI had come to repossess the vehicle at the direction of WFA and Defendant ALS Resolvion ("ALSR").

20.     Johnson attempted to stop the repossession by telling the tow truck driver that he had was

caught up on the loan. The tow driver ignored Johnson's objections and seized the vehicle from the driveway.

21.     The following Monday, September 2, 2019, Johnson telephoned WFA to complain about the repossession. WFA acknowledged that the repossession was in error and promised to have the vehicle returned.

22.     Late in the evening of September 5, 2019, the vehicle was towed back to Johnson's apartment.

23.     The return agent required Johnson to sign a document titled "Standard Vehicle Release To Consumer (Redemption)" before returning possession of the vehicle. A copy of this document is attached as Exhibit B (hereafter "Redemption Form").

24.     The Redemption From contained multiple provisions which purported to release parties from claims related to the repossession including but not limited to

> In consideration of the return of the Vehicle to you, and by signing below, you hereby release and hold harmless the Recovery Agent, ALS Resolvion, and for both entitles their respective affiliates, officers, directors, managers, employees, agents, successors, and assigns from any and all claims related to or arising out of or in any way connected to your contract with your Lender and their servicing of your Contract or the repossession and return of your vehicle with the fees as set forth below.

and

> CUSTOMER ACKNOWLEDGEMENT- BY SIGNING BELOW I ACKNOWLEDGE THAT I HAVE RECEIVED ALL PERSONAL PROPERTY THAT WAS IN THE VEHICLE AT THE TIME OF ITS REPOSSESSION. I AGREE THAT I HAVE HAD THE OPPORTUNITY TO INSPECT MY VEHICLE AND THAT IT IS IN SIMILAR CONDITION THAT IT WAS PRIOR TO ITS REPOSSESSION. ACCORDINGLY, I AGREE TO RELEASE AND FOREVER DISCHARGE FROM ANY AND ALL MANNER OF ACTION OR ACTIONS, SUITS, CLAIMS, DAMAGES, JUDGMENTS, LEVIES AND EXECUTIONS, WHETHER KNOWN OR UNKNOWN, LIQUIDATED OR UNLIQUIDATED, FIXED OR CONTINGENT, DIRECT OR INDIRECT WHICH I EVER HAD, HAVE OR EVER CAN, SHALL OR MAY HAVE AGAINST WELLS

4

FARGO AUTO FINANCE, INC. ("WFAF") FOR, ANY CLAIMS ARISING
FROM OR IN CONNECTION WITH MY PERSONAL PROPERTY AND/OR
CONDITION OF MY VEHICLE

Johnson signed and initialed the Redemption Form in the spaces provided for "consumer."

25.     However, Johnson had not, in fact, been given the opportunity to inspect the vehicle's

condition or the personal property contained therein prior to signing the Redemption Form and

accepting the return of the vehicle. The vehicle was delivered at night and it was too dark for

Johnson to even observe the exterior of the vehicle closely.

26.     The Redemption Form was later signed and initialed by Alicia Hanosky the spaces pro-

vided for "agent."

27.     Alicia Hanosky is the president of ERI.

28.     The returned vehicle could not operate properly. Specifically, it would overheat, the

brake error light would come on intermittently, and there was a clicking noise from the right

front when turning right.

29.     Johnson suspected that these defects were caused by the repossession, and as such de-

layed seeking repairs until the matter could be discussed with WFA.

30.     On or about September 30, 2019, Johnson received a letter from WFA stating that "after

a review of your account, we made a decision to return your vehicle/vessel." Exhibit C. The let-

ter also waived all fees and charges related to the repossession and included a $500.00 check to

Johnson to "compensate you for the inconvenience."

31.     On or about September 30, 2019, Johnson towed the vehicle to BMW Peabody for diag-

nostic and repairs. The shop found that the water pump, the right front axle shaft, and the transfer

case all needed to be replaced. Exhibit D. In the opinion of BMW Peabody, these defects were

unrelated to the July 26, 2016 rear-end collision.

32.     On October 22, 2019, Johnson sent WFA a letter requesting, among other things, additional compensation for the repossessing including statutory damages under the Uniform Commercial Code and the cost of vehicle repairs. Exhibit E. This letter stated that Johnson was accepting the $500.00 as partial payment and not as a full settlement of all claims.

33.     WFA responded in a letter dated December 10, 2019, in which WFA refused to provide any of the additional requested compensation.  Exhibit F.

## COUNT I
## Wrongful Repossession: Not in default

34.     The Plaintiff repeats and re-alleges the preceding paragraphs of this Complaint and incorporates the same herein.

35.     Massachusetts law provides that a consumer in default on a motor vehicle retail installment contract for failure to pay money may cure the default by tendering the full amount of arrearages due at the time of tender, without acceleration, at time until the secured creditor has a) notified the buyer of its intent to accelerate the balance owed, b) filed suit against the buyer or c) repossessed the vehicle. M.G.L. c. 255B, § 20A(e), *Wilder v. Toyota Fin. Servs. Ams. Corp.*, 764 F. Supp. 2d 249 (D. Mass. 2011).

36.     Massachusetts Law further provides that such a cure "shall restore the buyer to his rights under the agreement as though the defaults had not occurred." M.G.L. c. 255B, § 20A(e).

37.     On or before August 26, 2019, Johnson tendered to WFA payment for the full amount of arranges due on that date.

38.     As of August 26, 2019, WFA had not notified Johnson of its intent to accelerate the balance owed, filed sued against Johnson, or repossessed the vehicle.

39.     Accordingly, Johnson had cured the default on or before August 26, 2019.

40.     The RISC defines a default for failure to make a payment as being more than 15 days late on a payment. RISC sec. 3.b.

41.     Johnson was not more than 15 days late on his payments on the date of the repossession, August 31, 2019.

42.     Therefore, the defendants had no right to repossess the vehicle on August 31, 2019 because Johnson was not in default on his payments at that time.

43.     As a direct and proximate result of the Defendants' unlawful repossession, Plaintiff suffered damages including the loss use of the vehicle, cost of alternate transportation and the loss of the right to pre-repossession judicial process, as well as mental and emotional harm including frustration and embarrassment.

### Count II
### Wrongful Repossession: Trespass

44.     The Plaintiff repeats and re-alleges the preceding paragraphs of this Complaint and incorporates the same herein.

45.     Massachusetts law does not permit non-judicial or "self-help" repossession of consumer motor vehicles if such repossession involves entry onto property owned or rented by the debtor without the debtor's consent at the time of entry. M.G.L. c. 255B, § 20B.

46.     On August 31, 2019, ERI repossessed the vehicle on behalf of ALR and WFA by entering the private driveway of Johnson's apartment to repossess the vehicle without Johnson's consent or judicial authorization.

47.     As a direct and proximate result of the Defendants' trespassory repossession, the Plaintiff suffered damages including the loss use of the vehicle, cost of alternate transportation and the

loss of the right to pre-repossession judicial process, as well as mental and emotional harm in-
cluding frustration and embarrassment.

## COUNT III
## Wrongful Repossession: Breach of the Peace

48.     The Plaintiff repeats and re-alleges the preceding paragraphs of this Complaint and incor-
porates the same herein.

49.     Massachusetts only permits self-help repossession of consumer motor vehicles where
possession can be obtained without breach of the peace. M.G.L. c. 255B, § 20B(a), c. 106, § 9-
609(b).

50.     ERI breached the peace when it continued to repossess the vehicle after Johnson objected
to the vehicle's seizure. *See National Cash Register Co. v. Warner*, 335 Mass. 736, 738 (1957);
*Clark v. Auto Recovery Bureau Conn., Inc.*, 889 F. Supp. 543, 546 (D. Conn. 1994)

51.     A creditor's duty to repossess without breach of the peace is non-delegable, it is liable
even if the peace is breached by an independent contractor. *Doucette v. Belmont Savings Bank*,
34 Mass. L. Rptr. 183 (Mass. Super. April 14, 2017). As such, ERI's breach of the peace is im-
puted upon ASLR and WFA.

52.     As a direct and proximate result of the Defendants' breach of the peace repossession, the
Plaintiff suffered damages including the loss use of the vehicle, the cost of alternate transporta-
tion and the loss of the right to pre-repossession judicial process, as well as mental and emotional
harm including frustration and embarrassment.

## Count IV
## Declaratory Judgment as to the unenforceability of the releases in the Redemption Form

53.     The Plaintiff repeats and re-alleges the preceding paragraphs of this Complaint and incor-
porates the same herein.

54.    On information and belief, ERI is the owner or operator of a garage, lot, or other facility used for the parking or storage of motor vehicles, and that it charges a fee for the storage of said motor vehicles.

55.    Therefore, any language on the Redemption Form that attempts to be a release of liability is void and against public policy as provided by M.G.L. c. 231, § 85M.

56.    Alternatively, a release of liability signed at the return of a vehicle that was wrongfully repossessed is enforceable as such a release is "clearly without consideration".  *See Hendrickson v. Fifth Third Bank*, 2019 WL 652417, at *4 (D. Minn. Feb. 15, 2019).

<u>**Count V**</u>
<u>**Fair Debt Collection Practices Act - 15 U.S.C. § 1692 et seq.**</u>

57.    The Plaintiff repeats and re-alleges the preceding paragraphs of this Complaint and incorporates the same herein.

58.    This count is only asserted against ALSR and ERI.

59.    The debt on which the repossession was based was a consumer debt, in that it was credit extended to finance the purchase of a vehicle for personal use.

60.    ERI as a repossession agency is a "debt collector" for purposes of 15 U.S.C. § 1692f(6). *See* 15 U.S.C. §1692a(6).

61.    ALSR is a business that uses instrumentalities of interstate commerce or the mails the principal purpose of which is enforcing security interests. As such, ALSR is a "debt collector" for purposes of 15 U.S.C. § 1692f(6). *Id. Buzzell v. Citizens Auto. Fin., Inc.*, 802 F. Supp. 2d 1014, 1021 (D. Minn. 2011).

62.    ERI repossessed the vehicle without a presently enforceable right to seize the vehicle, in accordance with Massachusetts Law. 15 U.S.C. § 1692f(6); *See Speleos v. BAC Home Loans*

9

*Servicing*, LP, 824 F. Supp. 2d 226, 233 (D. Mass. 2011).

63.     As a result of ERI's unfair collection practices, the Plaintiff suffered damages including the loss use of the vehicle, the cost of alternate transportation and the loss of the right to pre-re-possession judicial process, as well as mental and emotional harm including frustration and em-barrassment.

**COUNT VI**
**Unfair and Deceptive Practices in Trade or Commerce (M.G.L. c. 93A, § 9)**

64.     The plaintiff repeats and re-alleges the preceding paragraphs of this Complaint and incor-porates the same herein.

65.     At all relevant times, the Defendants were engaged in trade or commerce.

66.     The Defendants unfairly and deceptively directly or indirectly collected on the RISC via non-judicial repossession of the vehicle without a present right to possession as determined by state law. M.G.L. c. 255B, § 6, 940 Code Mass. Regs. § 7.07(18)(a), *see also* M.G.L. c. 93, § 49.

67.     WFA unfairly and deceptively failed to honor Johnson's statutory right to cure the de-fault. *Wilder v. Toyota Fin. Servs. Ams. Corp.*, 764 F. Supp. 2d 249 (D. Mass. 2011).

68.     ALSR and ERI unfairly and deceptively conditioned return of the vehicle to which John-son had the right to possess upon his signing a release. *Frank J. Linhares Co. v. Reliance Insur-ance Co.*, 4 Mass. App. Ct. 617, 622-23 (1976).

69.     The Plaintiff served a demand for relief on WFA on October 22, 2019. Exhibit E.

70.     ALSR does not maintain a place of business in Massachusetts, and thus is exempt from the demand letter requirements of M.G.L. c. 93A, § 9.

71.     ERI does not maintain a place of business in Massachusetts, and thus is exempt from the demand letter requirements of M.G.L. c. 93A, § 9.

72.     As a direct and foreseeable result of Defendants' unfair, unreasonable and deceptive col-

lection practices, the Plaintiff suffered damages.

## PRAYER FOR RELIEF

Plaintiff Alex A. Johnson prays that this Honorable Court enter judgment in his favor:

   a)     Granting declaratory relief decreeing that any release of liability signed by the Plain-

tiff upon his accepting return of vehicle after repossession is not enforceable.

   b)     Awarding actual damages that are the direct and proximate result of Defendants'

wrongful repossession, including but not limited to, loss use of the vehicle, alternate trans-

portation, the cost of repairing the vehicle, as well as mental and emotional harm including

frustration and embarrassment;

   c)     Awarding statutory damages or $8,786.78 for the amount of the finance charge plus

10% of the amount financed, as provided by M.G.L. c. 106, § 9-625(c)(2;

   d)     Awarding statutory damages of $1,000.00 pursuant to the Fair Debt Collection Prac-

tices Act from ALS Resolvion and Eastern Recovery, Inc; 15 U.S.C., § 1692k(a)(2);

   e)     Tripling of actual damages pursuant to M.G.L. c. 93A, § 9;

   f)     Interest, costs, and reasonable attorneys' fees; 15 U.S.C., § 1692k(a)(2), M.G.L. c.

93A, § 9(4); and

   g)     Ordering such further relief as shall be just and proper.


**Plaintiff claim trial by jury on all issues so triable.**



Respectfully Submitted,

Alex A. Johnson
By his attorney:

___/s/ Sebastian Korth___
Sebastian Korth, Esq.
BBO # 676127
Korth Law Office
12 Maple Street
Ludlow, MA 01056
p 617-259-1955
f 617-238-2167
SKorth@korthlawoffice.com

# Exhibit A

## RETAIL INSTALLMENT SALE CONTRACT
### SIMPLE FINANCE CHARGE

Dealer Number _____     Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| ALEX A JOHNSON<br>12 EDEN ST<br>CHELSEA, MA 02150 | | GOODWILL ENTERPRISES, INC.<br>DEDHAM AUTO MALL<br>909 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2013 | BMW 535XI | WBAFU7C53DDU76575 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ _____ |

### TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 6300.00 is |
|---|---|---|---|---|
| 5.19 % | $ 5598.75 | $ 31880.25 | $ 37479.00 | $ 43779.00 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | 499.72 | Monthly beginning 01/28/2017 |

Or As Follows:

**Late Charge.** If payment is not received in full within 15 days after it is due, you will pay a late charge of 5% of the part of the payment that is late. The charge will not exceed $5 if you bought the vehicle primarily for personal, family, or household use.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

| | | | |
|---|---|---|---|
| 1. Cash Price (including $ 2056.25 sales tax) | | | $ 34956.25 (1) |
| 2. Total Downpayment = | | | |
| Trade-In | | | |
| (Year) (Make) (Model) | | | |
| Gross Trade-In Allowance | $ N/A | | |
| Less Pay Off Made By Seller | $ N/A | | |
| Equals Net Trade In | $ N/A | | |
| + Cash | $ 6300.00 | | |
| + Other | $ N/A | | |
| (If total downpayment is negative, enter "0" and see 4I below) | | $ 6300.00 | (2) |
| 3. Unpaid Balance of Cash Price (1 minus 2) | | $ 28656.25 | (3) |
| 4. Other Charges Including Amounts Paid to Others on Your Behalf | | | |
| (Seller may keep part of these amounts): | | | |
| A Cost of Optional Credit Insurance | | | |
| Paid to Insurance Company or Companies. | | | |
| Life | $ N/A | | |
| Accident and Health | $ N/A | | |
| Involuntary Unemployment Insurance | $ N/A | $ N/A | |
| B Vendor's Single Interest Insurance | | | |
| Paid to Insurance Company | | $ N/A | |
| C Other Optional Insurance Paid to Insurance Company or Companies | | $ N/A | |
| D Optional Gap Contract | | $ N/A | |

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:
**Optional Credit Insurance**

☐ Credit Life:   ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Accident and Health: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Involuntary Unemployment Insurance:
          ☐ Buyer   ☐ Co-Buyer   ☐ Both

Premium:

Credit Life $ _____ N/A

Credit Accident and Health $ _____ N/A

Credit Involuntary Unemployment Insurance $ _____ N/A

Insurance Company Name _____ N/A

Home Office Address _____ N/A

Credit life insurance, credit accident and health insurance, and credit involuntary unemployment insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance, credit accident and health insurance, and credit involuntary unemployment insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in line 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay off all you owe on this contract if you make late payments. Credit accident and health insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance, credit accident and health insurance, and credit involuntary unemployment insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

YOU CANNOT BE DENIED CREDIT SIMPLY BECAUSE YOU CHOOSE NOT TO BUY CREDIT INSURANCE. CREDIT LIFE INSURANCE AND CREDIT ACCIDENT AND HEALTH INSURANCE AND CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT. INSURANCE WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL CHARGE.

**Other Optional Insurance**

☐ _____ N/A
   Type of Insurance       Term

Premium $ _____ N/A

Insurance Company Name _____ N/A

| | | | |
|---|---|---|---|
| to | for | $ N/A | |
| to | for | | |
| F Government Taxes Not Included in Cash Price | | $ N/A | |
| G Government License and/or Registration Fees | | | |
| | | $ N/A | |
| H Government Certificate of Title Fees | | $ 296.00 | |

I Other Charges (Seller must identify who is paid and describe purpose)

| | | | |
|---|---|---|---|
| to | for Prior Credit or Lease Balance | $ N/A | |
| to CONTINENTAL | for SERVICE CONTRACT | $ 2450.00 | |
| to GOODWILL ENTERPRISES, INC. | for DOC FEE | $ 478.00 | |
| to | for | $ N/A | |
| to | for | $ N/A | |
| to | for | $ N/A | |
| to | for | $ N/A | |
| to | for | $ N/A | |
| to | for | $ N/A | |
| to | for | $ N/A | |

Total Other Charges and Amounts Paid to Others on Your Behalf $ 3224.00 (4)

5 Amount Financed (3 + 4) $ 35000.25 (5)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____ , Year _____ . SELLER'S INITIALS _____

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ Mos. **NONE**
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _____

---

| Type of Insurance | Term |
|---|---|
| Premium $ N/A | |

Insurance Company Name _____
N/A
Home Office Address _____

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _____
Buyer Signature        Date

X _____
Co-Buyer Signature        Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

Returned Check Charge: You agree to pay a charge of $ 10 if any check you give to us is dishonored.

---

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

NOTICE TO THE BUYER: 1. Do not sign this contract if any of the spaces intended for the agreed terms to the extent of then available information are left blank. 2. You are entitled to an exact copy of the contract you signed. 3. Under the law, you have the following rights, among others: — (a) to pay off in advance the full amount due and to obtain a partial refund of the finance charge; (b) to redeem the property if repossessed for a default; (c) to require, under certain conditions, a resale of the property if repossessed.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 2/14/2016 Co-Buyer Signs X _____ Date _____
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debts. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ Address _____
Seller signs GOODWILL ENTERPRISES, INC. DEDHAM AUTO MALL 12/14/2016 By X _____ Title _____

| Seller assigns its interest in this contract to | WELLS FARGO DEALER SERVICES | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
|---|---|---|
| ☐ Assigned with recourse | ☒☒ Assigned without recourse | ☐ Assigned with limited recourse |

Seller GOODWILL ENTERPRISES, INC. DEDHAM AUTO MALL By X _____ Title _____

**iLAW** FORM NO. 553-MA 10/14 U.S. PATENT NO. D482,782
©2014 The Reynolds and Reynolds Company TO ORDER: www.reysource.com, 1-800-344-0996; fax 1-800-521-0855
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

CUSTOMER/TRUTH IN LENDING COPY

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS

**a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice, telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

### 2. YOUR OTHER PROMISES TO US

**a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.**

You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.**

You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium of the insurance and a finance charge computed at the Annual Percentage

**c. You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's reasonable fee and court costs, as the law allows.

**d. We may take the vehicle from you.** If you default and the default is material, we may take (repossess) the vehicle from you after we give you any notice and opportunity to cure the default the law requires. We may only take the vehicle if we do so peacefully and the law allows it. If the vehicle is purchased primarily for personal, family, or household use, we may not enter property you own or rent to take the vehicle unless you consent at that time or a court decides we may repossess the vehicle. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

**f. We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it as the law allows. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If the money from the sale is not enough to pay the amount you owe, you must pay the rest to us, unless both of the following things are true: (i) you bought the vehicle primarily for personal, family or household use; and (ii) the balance you owed on this contract was $2,000 or less at the time you defaulted or surrendered the vehicle. If both of these things are true, you will not owe the rest. If either of these things is not true you will owe us the rest as the law allows. If you owe the rest and do not pay it when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

### 4. WARRANTIES SELLER DISCLAIMS

The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It does **not** apply at all if you bought the vehicle primarily for personal, family, or household use.

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of**

Rate shown on the front of this contract or, at our option, the highest rate the law permits.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default) and the default is material, we may demand that you pay all you owe at once after we give you any notice and opportunity to cure the default the law requires. Default means:

- You pay any payment more than 15 days late or not at all; or
- You start a proceeding in bankruptcy or one is started against you or your property; you give false, incomplete, or misleading information on a credit application; or you break any agreements in this contract; except that if you bought the vehicle primarily for personal, family or household purposes, we will only treat these events as defaults if they substantially impair the value of the collateral.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

this contract, the Seller makes no warranties, express warranties of merchantability or of fitness for a particular purpose.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **SERVICING AND COLLECTION CONTACTS**

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **APPLICABLE LAW**

Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-MA 10/14

# Exhibit B


# ALS Resolvion

## Standard Vehicle Release To Consumer (Redemption) - Page 1 of 2

**Name:** JOHNSON, ALEX A
**Codebtor:** NO SECOND CONSUMER ON ORDER
**Phone Number:**
**Lender/Client:** **WELLSFARGO-1ST** Wells Fargo Bank
**Account Number:** NO CLIENT ACCOUNT #
**Year Make and Model:** 2013 BMW 5 SERIES
**VIN:** WBAFU7C53DDU76575

### AGENTS/AUCTIONS:
Agents and Auctions must refer and adhere to ALL applicable laws regarding disclosures and state regulation(s).

### RELEASE:
In consideration of the return of the Vehicle to you, and by signing below, you hereby release and hold harmless the Recovery Agent, ALS Resolvion, and for both entities their respective affiliates, officers, directors, managers, employees, agents, successors, and assigns from any and all claims related to or arising out of or in any way connected to your contract with your Lender and their servicing of your Contract, or the repossession and return of your vehicle with the fees as set forth below.

| Fee Description | # Days Stored | Amount Charged for Service by Agent or Auction | Total Due | Amount Paid by Consumer at Agent's Lot or Auction |
|---|---|---|---|---|
| Storage Fees for Vehicle | 3 | 0 | $150- | 0 |
| Personal Property Fees | 3 | 75- | | |
| Redemption Fee | 3 | 75- | | |

Storage or Reinstate/Redemption at Auction does not include expenses incurred to transport or recondition the vehicle.
Such Fees, if incurred, may be billed to you at a later time.

**AGENT: PLEASE BILL ALSR FOR ALL CUSTOMER REDEMPTION FEES**

**NOTICE:** If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this letter, the following applies to you: THIS COMMUNICATION IS <u>NOT</u> AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.

**VEHICLE KEYS: Consumer, please check one of the following:**
A) [   ] I received a set of fully working keys to the vehicle from the Agent when I took possession
B) [   ] I have in my possession a set of fully working keys to the Vehicle, the Agent did not provide a set
C) [   ] I received a set of keys to the vehicle which could be used to enter the vehicle but not to start it
     (the vehicle requires an electronic key fob or chip key but I only received metal keys).

**Consumer Initials Here** ___   **Agent Initials Here** ___   **THIS IS PAGE 1 OF 2**

Multi State Vehicle Release (Wombat) - Revised 3/2019



# ALS Resolvion

## Standard Vehicle Release To Consumer (Redemption) - Page 2 of 2

**Name:** JOHNSON, ALEX A
**Codebtor:** NO SECOND CONSUMER ON ORDER
**Phone Number:**
**Lender/Client:** **WELLSFARGO-1ST** Wells Fargo Bank
**Account Number:** NO CLIENT ACCOUNT #
**Year Make and Model:** 2013 BMW MODEL%
**VIN:** WBAFU7C53DDU76575

**Fee Instructions to Agent:** THERE ARE NO SPECIAL INSTRUCTIONS FROM THE CLIENT. HANDLE ACCORDING TO YOUR STANDARD PROCEDURE, FOLLOWING ALL LOCAL REGULATIONS.

**Transport Instructions:**

**Other Instructions:** COLLATERAL REDEMPTION / REINSTATEMENT FEE -          $75/OCCURRENCE - PERSONAL PROPERTY FEE -                    $75/OCCURRENCE - VEHICLE STORAGE -
          $10/DAY (AFTER 15 FREE DAYS) - *NO FEES ARE PERMITTED TO BE CHARGED TO BORROWER OR ANY INTERESTED PARTY DIRECTLY (INCLUDING FEES TO REINSTATE OR REDEEM A VEHICLE, OR OBTAIN OR STORE PERSONAL PROPERTY). BILL THESE FEES TO ALSR.********************************************************************************CUSTOMER ACKNOWLEDGEMENT- BY SIGNING BELOW I ACKNOWLEDGE THAT I HAVE RECEIVED ALL PERSONAL PROPERTY THAT WAS IN THE VEHICLE AT THE TIME OF ITS REPOSSESSION. I AGREE THAT I HAVE HAD THE OPPORTUNITY TO INSPECT MY VEHICLE AND THAT IT IS IN SIMILAR CONDITION THAT IT WAS PRIOR TO ITS REPOSSESSION. ACCORDINGLY, I AGREE TO RELEASE AND FOREVER DISCHARGE FROM ANY AND ALL MANNER OF ACTION OR ACTIONS, SUITS, CLAIMS, DAMAGES, JUDGMENTS, LEVIES AND EXECUTIONS, WHETHER KNOWN OR UNKNOWN, LIQUIDATED OR UNLIQUIDATED, FIXED OR CONTINGENT, DIRECT OR INDIRECT WHICH I EVER HAD, HAVE OR EVER CAN, SHALL OR MAY HAVE AGAINSTWELLS FARGO AUTO FINANCE, INC. ("WFAF") FOR, ANY CLAIMS ARISING FROM OR IN CONNECTION WITH MY PERSONAL PROPERTY AND/OR CONDITION OF MY VEHICLE
*******************************************************************************************************

## CONSUMER:

By signing below, you acknowledge and agree that: (i) the information contained above is accurate, (ii) you inspected the above described Vehicle, (iii) you accept the return of the Vehicle in its current condition and (iv) you have received possession of the Vehicle and all personal property.

## I hereby certify that the above information is correct and true:

**Vehicle Released To:** _Alex Johnson_    **Signature:** X _____    **Date:** _9/5/19_
(print name of person retrieving the vehicle)

**Driver's License #** _S72554815   MA_    **Phone #:** _617-772-9930_

## AGENT:

By signing below, you acknowledge and agree that (i) the information contained above is accurate, and (ii) you have released the Vehicle and all personal property in your possession related to the recovery of the above described Vehicle

**Vehicle Released By:** _____    **Signature:** X _____    **Date:** _9-_
(print name of person releasing the vehicle)

Multi State Vehicle Release (Wombat) - Revised 3/2019

# Exhibit C

**WELLS FARGO** | **AUTO**

Wells Fargo Auto
Reinstatements
PO Box 33068
Raleigh, NC 27636

September 23, 2019

ALEX A JOHNSON

34 GROVE ST # 2
LYNN, MA 01905-1614

Subject: Return of your vehicle/vessel for account ending in 4311
Vehicle/vessel: 2013 BMW 5 SERIES
Vehicle/Hull Identification Number: WBAFU7C53DDU76575

Dear ALEX A JOHNSON:

We want to let you know that after a review of your account, we made a decision to return your vehicle/vessel. We apologize for any inconvenience this caused.

**What you need to know**

- Enclosed is a $500.00 check to compensate you for the inconvenience. If you feel this does not cover all your costs, please feel free to contact us:
  - By phone: 1-877-250 -2265, Monday – Friday, 5:00 a.m. to 5:00 p.m. Pacific Time.
  - By fax: 1-844-505-6406
  - By mail:
    Wells Fargo Auto
    Office of the President
    PO Box 168071
    Irving, TX 75016
- We waived all fees and charges related to the August 31, 2019 repossession.
- If there is a past due balance on the auto loan, you are still responsible for satisfying this amount. If you do not pay, we may exercise our rights under the law.
- We are reviewing the consumer reporting on your auto loan; if needed, we will request that the consumer reporting agencies correct the information, including the removal of any related status being reported.
- It can take the consumer reporting agencies 30 days or longer to update your credit report. After that time, you may contact them directly to request an updated copy of your credit report as follows:

| Equifax/CSD | TransUnion | Experian |
|---|---|---|
| PO Box 740241 | PO Box 1000 | PO Box 2002 |
| Atlanta, GA 30374 | Chester, PA 19016 | Allen, TX 75013 |
| 1-866-349-5191 | 1-800-888-4213 | 1-888-397-3742 |
| equifax.com | transunion.com | experian.com |

**Note**: If you need proof of our request before the agency's updates are complete, you may use this letter as evidence.

OF/LTR-590 (06/26/19)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2019 Wells Fargo Bank, N.A. All rights reserved.

**WELLS FARGO** | **AUTO**

Wells Fargo Auto
Reinstatements
PO Box 33068
Raleigh, NC 27636

## Tax implications

Wells Fargo may be required to report some of this payment amount to the IRS. You may be responsible for any federal, state or local tax obligations associated with a portion of your payment. We recommend consulting with your tax advisor if you have any questions about potential tax liability or form 1099(s) you will receive.

## We're here to help

If you have questions, please call us at 1-888-937-9992, Monday – Thursday, 5:00 a.m. to 5:00 p.m., or Friday, 5:00 a.m. to 4:00 p.m. Pacific Time. For customers with hearing or speech disabilities, we also accept telecommunications relay service calls.

Thank you.

Wells Fargo Auto

# Exhibit D



**BMW PEABODY | MA**
221 Andover St
Peabody, MA 01960
Ph: (978) 538-9900
Fax: (978) 977-3452
www.bmwpeabody.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 7:00 p.m.
Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

| R O Open Date | R O Number |
|---|---|
| 9/30/19 | 306344158/1 |
| R O Close Date | Status |
| 10/03/19 | Pre Invoice |
| Mileage In | Mileage Out |
| 72019 | 72029 |
| Service Advisor / Tag # | |
| MATTHEW HEFRON/3203 | |

| JOHNSON, ALEX | Work Phone | Vehicle Identification Number |
|---|---|---|
| 34 GROVE ST #2 | | WBAFU7C53DDU76575 |
| LYNN, MA  01905 | Home Phone | Delivery Date  |  In-Service Date |
| | 617 774 9930 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2013 | BMW | 535IA XDRIVE | SEDAN | WHITE | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Cell: 617-774-9930  Email: alexj02150@gmail.com | |
| | |
| #1 - Customer Reports: | |
|     TOW IN, C/S ENGINE OVERHEAT | |
|       Caused by | |
|       WATER PUMP FAILED CAUSING ENGINE TO OVERHEAT. | |
|     Tech: ALEX GENAO     (283) | 653.88 |
|     Installed 11 51 9 455 978 :B1SA-Coolant pump, elec 1@437.85 | 437.85 |
|     Installed 11 51 7 602 123 :B1MISAZN-ASA-Bolt   3@4.04 | 12.12 |
|     Installed 82 14 1 467 704 :B0B1SA-Antifreeze   1@29.70 | 29.70 |
|     RAN SHORT TEST AND CALCULATED TEST PLAN FOUND | |
|     FAULT FOR ELECTRIC COOLANT PUMP MISSING 20A909. | |
|     CALCULATED TEST PLAN FOUND WATER PUMP FAULTY, | |
|     REPLACED COOLANT WATER PUMP AND VERIFIED REPAIR | |
|     VIA TEST DRIVE. | |
|       Sub Total: 1133.55 | |
| ----------------------------------------- | |
| #2 - MPI: PROVIDE A PREMIUM MULTIPOINT INSPECTION OF VEHICLE | |
|       Caused by | |
|       MPI | |
|     COMPLETED MULTI POINT INSPECTION. | |
|       Sub Total: .00 | |
| ----------------------------------------- | |
| #3 - WASH: PERFORM COMPLIMENTRY HAND WASH AND VACUUM.******** | |
|           *****************ADDITIONAL DETAILING SERVICES | |
|           AREAVAILABLE. COMPLETE DETAIL $199.00 OR A CHOICE | |
|           OFINTERIOR OR EXTERIOR DETAIL FOR $125.00 | |

"I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter  I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES  Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including, any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS**



**BMW PEABODY | MA**
221 Andover St
Peabody, MA 01960
Ph: (978) 538-9900
Fax: (978) 977-3452
_bmwpeabody.com_

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 7:00 p.m.
Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

| R.O Open Date | R.O Number |
|---|---|
| 9/30/19 | 306344158/2 |
| R.O Close Date | Status |
| 10/02/19 | Pre Invoice |
| Mileage In | Mileage Out |
| 72019 | 72025 |
| Service Advisor | Tag # |
| MATTHEW HEFRON/3203 | |
| Vehicle Identification Number | |
| WBAFU7C53DDU76575 | |
| Delivery Date | In Service Date |

JOHNSON, ALEX
34 GROVE ST #2
LYNN, MA   01905

| Work Phone | |
|---|---|
| Home Phone | |
| 617-774-9930 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2013 | BMW | 535IA XDRIVE | SEDAN | WHITE | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Sub Total: .00 | |

---

**#4 * Customer Reports:**
C/S HEARING A CLICKING NOISE FROM RF WHEN TURNING
RIGHT
  Caused by
  RIGHT FRONT CV AXLE FAULTY AND BOOT TORN,
  CUSTOMER DENIED REPAIRS AT THIS TIME.
  Tech: ALEX GENAO        (283)
RIGHT FRONT CV AXLE TORN, CAUSING EXCESSIVE WEAR
ON CV JOINT. WILL REQUIRE REPLACEMENT OF RF AXLE
SHAFT ESTIMATE TOTAL $1780.00
  Sub Total: .00

---

**#5 * Customer Reports:**
C/S BRAKE FAULT DISPLAYS INTERMITTENTLY (NOTE
OCCURRED FOLLOWING TOW WITH EMERGENCY BRAKE
ACTIVATED)
  Caused by
  TRANSFER CASE   EXCESSIVELY WORN.
  Tech: ALEX GENAO        (283)
VERIFIED CUSTOMERS CONCERN, CHASSIS STABILIZATION
PRESENT, BRAKE LIGHTS, TRACTION CONTROL AND ABS
LIGHT. RAN SHORT TEST AND FOUND CODES D018F9
TRANSFER BOX TORQUE DELIVERED OUT SIDE
CHARACTERISTICS, AS WELL AS 48097D TRANSFER BOX
FAULTS, CLUTCH POSITION UNKNOWN, FOUR WHEEL

"I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

**DISCLAIMER OF WARRANTIES**  Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS

X

**BMW PEABODY | MA**
221 Andover St
Peabody, MA 01960
Ph: (978) 538-9900
Fax: (978) 977-3452
peabody.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 7:00 p.m.
Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

| R.O Open Date | R.O Number |
|---|---|
| 9/30/19 | 306344158/3 |
| R/O Close Date | Status |
| 10/02/19 | Pre-Invoice |
| Mileage In | Mileage Out |
| 72019 | 72025 |
| Service Advisor / Tag # | |
| MATTHEW HEFRON/3203 | |

JOHNSON, ALEX
34 GROVE ST #2
LYNN, MA 01905

| | |
|---|---|
| Work Phone | Vehicle Identification Number |
| | WBAFU7C53DDU76575 |
| Home Phone | Delivery Date | In-Service Date |
| 617-774-9930 | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2013 | BMW | 535IA XDRIVE | SEDAN | WHITE | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| DRIVE, TRANSFER CASE REPLACEMENT IS REQUIRED ESTIMATE $3685.00 Sub Total: .00 | |

#6 * Customer Reports:
WATER PUMP REPLACEMENT: FOUND WATER PUMP FAILED CA
USING ENGINE TO OVERHEAT. , RECOMMEND REPLACEMENT.
Caused by
WATER PUMP FAILED
REPLACED WATER PUMP AND VERIFIED REPAIR VIA SHORT
TESTS AND TEST DRIVE.
Sub Total: .00

"I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES  Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

| | |
|---|---|
| LABOR | 653.88 |
| PARTS | 479.67 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | 11.47 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | 29.98 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | 1175.00 |

# Exhibit E

# Korth Law Office

*Fighting for Massachusetts Consumers, Evening the Playing Field*

Twelve Maple Street, Ludlow, MA 01056
Phone: (617) 259-1955 • Fax: (617) 238-2167 • SKorth@korthlawoffice.com

October 22, 2019

Wells Fargo Auto
Office of the President
PO Box 168071
Irving, TX 75016

Via fax 844-505-6406

Re:   Alex A. Johnson
      2013 BMW 353Xi Coupe VIN WBAFU7C53DDU76575
      Account No. 7830354311

To whom it may concern,

Be advised that this office represents Alex A. Johnson regarding the above-cited account securing the purchase of a 2013 BMW 353Xi Coupe VIN WBAFU7C53DDU76575 (hereafter referred to as "vehicle"). This letter is a response to your letter dated September 23, 2019 related to the repossession of the vehicle on August 31, 2019 and subsequent return of the vehicle to Mr. Johnson. This letter shall also operate as a demand for relief pursuant to Massachusetts General Laws Chapter 93A

As you may know, at the time of the August 31, 2019 repossession, Mr. Johnson tendered the full cure amount for all payments then due on the account. Therefore, Mr. Johnson had been restored to full righted under account as if no default had occurred. M.G.L. c. 255B, § 20A(e). As such the repossession was unlawful. *See* M.G.L. c. 106, § 9-609.

When the vehicle was returned it was severely damaged and did not operate properly. In fact, it had to be towed to a dealer for repairs at a cost to Mr. Johnson of $40.00. Mr. Johnson had the water pump repaired for $1,175.00, and it still needs repair to the right front axle and the drive transfer case which are estimated to cost $1,780.00 and $3,685.00 respectively. See the repair order attached.

Without a usable vehicle for more than two weeks, Mr. Johnson incurred approximately $750 in taxis and other alternate transportation.

In addition to the described out-of-pocket losses, Mr. Johnson is also entitled to statutory damages under Article 9 of the Uniform Commercial Code of $8,786.78, or the amount of the finance charge plus ten percent of the amount financed. M.G.L. c. 106, § 9-625(c)

Finally, there is an overcharge in the retail installment sale contract unrelated to the repossession. The amount financed included $296.00 for "Government Certificate of Title Fees" when the total amount collected by the Massachusetts Department of Transportation for title and registration was only $132.50[1]. See records attached. Including interest, the total cost of this overcharge to Mr. Johnson is $187.54.[2] Mr. Johnson hereby demands compensation for this overcharge pursuant to the FTC Anti-Holder in Due Course language in the retail installment sales contract[3].

Mr. Johnson's total damages are as follows:

| | |
|---|---|
| Tow | $40.00 |
| Repair-Water Pump | $1,175.00 |
| Repair-Axel | $1,780.00 |
| Repair-Drive case | $3,685.00 |
| Alternate Transportation | $750.00 |
| UCC statutory damages | $8,786.78 |
| Title fee overcharge | $187.54 |
| **Total** | **$16,404.32** |

Mr. Johnson accepts the $500.00 check included with the letter of September 23, 2019 as partial payment towards these damages and *not* as full settlement of all claims. Mr. Johnson requests payment of remaining $15,904.32 of damages upon receipt of this letter.

If, however, we receive no reasonable offer of settlement, within a reasonable time after the date of this letter, Mr. Johnson may pursue litigation seeking triple compensatory damages, court costs, and attorney's fees.

Please direct all communications in this matter to my office.

Sincerely,

Sebastian Korth, Esq.

---

[1] $75.00 for title + $57.50 for registration = $132.50
[2] $296-132.50 = $163.50. At 5.19% APR, interest on $163.50 = $0.707 per month x 34 months = $24.04
   $163.50 + $24.04 = $187.54
[3] ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

**WELLS FARGO** | **AUTO**

Wells Fargo Auto
Reinstatements
PO Box 33068
Raleigh, NC 27636

September 23, 2019

ALEX A JOHNSON

34 GROVE ST # 2
LYNN, MA 01905-1614

Subject: Return of your vehicle/vessel for account ending in 4311
Vehicle/vessel: 2013 BMW 5 SERIES
Vehicle/Hull Identification Number: WBAFU7C53DDU76575

Dear ALEX A JOHNSON:

We want to let you know that after a review of your account, we made a decision to return your vehicle/vessel. We apologize for any inconvenience this caused.

**What you need to know**

- Enclosed is a $500.00 check to compensate you for the inconvenience. If you feel this does not cover all your costs, please feel free to contact us:
    - By phone: 1-877-250 -2265, Monday – Friday, 5:00 a.m. to 5:00 p.m. Pacific Time.
    - By fax: 1-844-505-6406
    - By mail:
        Wells Fargo Auto
        Office of the President
        PO Box 168071
        Irving, TX 75016
- We waived all fees and charges related to the August 31, 2019 repossession.
- If there is a past due balance on the auto loan, you are still responsible for satisfying this amount. If you do not pay, we may exercise our rights under the law.
- We are reviewing the consumer reporting on your auto loan; if needed, we will request that the consumer reporting agencies correct the information, including the removal of any related status being reported.
- It can take the consumer reporting agencies 30 days or longer to update your credit report. After that time, you may contact them directly to request an updated copy of your credit report as follows:

| Equifax/CSD | TransUnion | Experian |
|---|---|---|
| PO Box 740241 | PO Box 1000 | PO Box 2002 |
| Atlanta, GA 30374 | Chester, PA 19016 | Allen, TX 75013 |
| 1-866-349-5191 | 1-800-888-4213 | 1-888-397-3742 |
| equifax.com | transunion.com | experian.com |

**Note**: If you need proof of our request before the agency's updates are complete, you may use this letter as evidence.

OF/LTR-590 (06/26/19)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2019 Wells Fargo Bank, N.A. All rights reserved.



**BMW PEABODY | MA**
221 Andover St
Peabody, MA 01960
Ph: (978) 538-9900
Fax: (978) 977-3452
www.bmwpeabody.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 7:00 p.m.
Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

| R.O Open Date | R.O Number |
|---|---|
| 9/30/19 | 306344158/1 |
| R.O Close Date | Status |
| 10/02/19 | Pre Invoice |
| Mileage In | Mileage Out |
| 72019 | 72025 |
| Service Advisor Tag # | |
| MATTHEW HEFRON/3202 | |

JOHNSON, ALEX
34 GROVE ST #2
LYNN, MA 01905

| Work Phone | Vehicle Identification Number |
|---|---|
| | WBAFU7C53DDU76575 |
| Home Phone | Delivery Date | In-Service Date |
| 617 774 9930 | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2013 | BMW | 535IA XDRIVE | SEDAN | WHITE | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Cell: 617-774-9930   Email: alexj02150@gmail.com | |

**#1 - Customer Reports:**
TOW IN, C/S ENGINE OVERHEAT
   Caused by
   WATER PUMP FAILED CAUSING ENGINE TO OVERHEAT.
   Tech: ALEX GENAO        (283)                              653.88
   Installed 11 51 9 455 978 :B1SA-Coolant pump, elec  1@437.85     437.85
   Installed 11 51 7 602 123 :B1MISAZN-ASA-Bolt          3@4.04      12.12
   Installed 82 14 1 467 704 :B0B1SA-Antifreeze         1@29.70      29.70
   RAN SHORT TEST AND CALCULATED TEST PLAN FOUND
   FAULT FOR ELECTRIC COOLANT PUMP MISSING 20A909.
   CALCULATED TEST PLAN FOUND WATER PUMP FAULTY,
   REPLACED COOLANT WATER PUMP AND VERIFIED REPAIR
   VIA TEST DRIVE.
      Sub Total: 1133.55

--------------------------------------------------

**#2 - MPI: PROVIDE A PREMIUM MULTIPOINT INSPECTION OF VEHICLE**
   Caused by
   MPI
   COMPLETED MULTI POINT INSPECTION.
      Sub Total: .00

--------------------------------------------------

**#3 - WASH: PERFORM COMPLIMENTRY HAND WASH AND VACUUM.********
      ****************ADDITIONAL DETAILING SERVICES
      AREAVAILABLE. COMPLETE DETAIL $199.00 OR A CHOICE
      OFINTERIOR OR EXTERIOR DETAIL FOR $125.00

"I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES: Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS



**BMW PEABODY | MA**
221 Andover St
Peabody, MA 01960
Ph: (978) 538-9900
Fax: (978) 977-3452
.bmwpeabody.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 7:00 p.m.
Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

| | |
|---|---|
| R.O Open Date | R.O. Number |
| 9/30/19 | 306344158/2 |
| R.O Close Date | Status |
| 10/02/19 | Pre Invoice |
| Mileage In | Mileage Out |
| 72019 | 72029 |
| Service Advisor Tag # | |
| MATTHEW HEFRON/3203 | |

JOHNSON, ALEX
34 GROVE ST #2
LYNN, MA  01905

| | |
|---|---|
| Work Phone | |
| Home Phone | Vehicle Identification Number |
| 617-774-9930 | WBAFU7C53DDU76579 |
| | Delivery Date   In Service Date |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2013 | BMW | 535IA XDRIVE | SEDAN | WHITE | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Sub Total: .00 | |

#4 * Customer Reports:
    C/S HEARING A CLICKING NOISE FROM RF WHEN TURNING
    RIGHT
      Caused by
    RIGHT FRONT CV AXLE FAULTY AND BOOT TORN,
    CUSTOMER DENIED REPAIRS AT THIS TIME.
    Tech: ALEX GENAO    (283)
    RIGHT FRONT CV AXLE TORN, CAUSING EXCESSIVE WEAR
    ON CV JOINT. WILL REQUIRE REPLACEMENT OF RF AXLE
    SHAFT ESTIMATE TOTAL $1780.00
      Sub Total: .00

#5 * Customer Reports:
    C/S BRAKE FAULT DISPLAYS INTERMITTENTLY (NOTE
    OCCURRED FOLLOWING TOW WITH EMERGENCY BRAKE
    ACTIVATED)
      Caused by
    TRANSFER CASE  EXCESSIVELY WORN.
    Tech: ALEX GENAO    (283)
    VERIFIED CUSTOMERS CONCERN, CHASSIS STABILIZATION
    PRESENT, BRAKE LIGHTS, TRACTION CONTROL AND ABS
    LIGHT. RAN SHORT TEST AND FOUND CODES D018F9
    TRANSFER BOX TORQUE DELIVERED OUT SIDE
    CHARACTERISTICS, AS WELL AS 48097D TRANSFER BOX
    FAULTS, CLUTCH POSITION UNKNOWN, FOUR WHEEL

"I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES  Any warranties on the products sold hereby are those made by the manufacturer  The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose  and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS

X

**BMW PEABODY | MA**
221 Andover St
Peabody, MA 01960
Ph: (978) 538-9900
Fax: (978) 977-3452
peabody.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 7:00 p.m.
Monday - Friday
8:00 a.m. to 4:00 p.m. Saturday

| R/O Open Date | R/O Number |
|---|---|
| 9/30/19 | 306344158/3 |
| R/O Close Data | Status |
| 10/02/19 | Pre-Invoice |
| Mileage In | Mileage Out |
| 72019 | 72025 |
| | Service Advisor / Tag # |
| | MATTHEW HEFRON/3203 |

JOHNSON, ALEX
34 GROVE ST #2
LYNN, MA 01905

| | Work Phone | Vehicle Identification Number |
|---|---|---|
| | | WBAFU7C53DDU76575 |
| | Home Phone | Delivery Date | In-Service Date |
| | 617-774-9930 | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2013 | BMW | 535IA XDRIVE | SEDAN | WHITE | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

DRIVE, TRANSFER CASE REPLACEMENT IS REQUIRED
ESTIMATE $3685.00
   Sub Total: .00

#6 * Customer Reports:
   WATER PUMP REPLACEMENT: FOUND WATER PUMP FAILED CA
   USING ENGINE TO OVERHEAT. , RECOMMEND REPLACEMENT.
     Caused by
     WATER PUMP FAILED
   REPLACED WATER PUMP AND VERIFIED REPAIR VIA SHORT
   TESTS AND TEST DRIVE.
     Sub Total: .00

"I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES  Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | AMOUNT |
|---|---|
| LABOR | 653.88 |
| PARTS | 479.67 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | 11.47 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | 29.98 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | 1175.00 |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number _____     Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| ALEX A JOHNSON 12 EDEN ST CHELSEA, MA 02150 | | GOODWILL ENTERPRISES, INC. DEDHAM AUTO MALL 909 PROVIDENCE HIGHWAY DEDHAM, MA 02026 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2013 | BMW 528XI | WBAFU7C53DDU76575 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ _____ |

## TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 6300.00 is |
|---|---|---|---|---|
| 5.19 % | $ 5598.75 | $ 31880.25 | $ 37479.00 | $ 43779.00 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | 499.72 | Monthly beginning 01/28/2017 |

Or As Follows:

**Late Charge.** If payment is not received in full within 15 days after it is due, you will pay a late charge of 5% of the part of the payment that is late. The charge will not exceed $5 if you bought the vehicle primarily for personal, family, or household use.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| 1. Cash Price (including $ 2056.25 sales tax) | | $ 34956.25 (1) |
| 2. Total Downpayment = | | |
| Trade-In ____ (Year) (Make) (Model) | | |
| Gross Trade-In Allowance | $ N/A | |
| Less Pay Off Made By Seller | $ N/A | |
| Equals Net Trade In | $ N/A | |
| + Cash | $ 6300.00 | |
| + Other | $ N/A | |
| (If total downpayment is negative, enter "0" and see 4I below) | $ 6300.00 (2) | |
| 3. Unpaid Balance of Cash Price (1 minus 2) | $ 28656.25 (3) | |
| 4. Other Charges Including Amounts Paid to Others on Your Behalf | | |
| (Seller may keep part of these amounts): | | |
| A Cost of Optional Credit Insurance | | |
| Paid to Insurance Company or Companies. | | |
| Life | $ N/A | |
| Accident and Health | $ N/A | |
| Involuntary Unemployment Insurance | $ N/A | $ N/A |
| B Vendor's Single Interest Insurance | | |
| Paid to Insurance Company | $ N/A | |
| C Other Optional Insurance Paid to Insurance Company or Companies | $ N/A | |
| D Optional Gap Contract | $ N/A | |

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest is required is checked above.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:
#### Optional Credit Insurance

☐ Credit Life:   ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Accident and Health:☐ Buyer ☐ Co-Buyer ☐Both
☐ Credit Involuntary Unemployment Insurance:
☐ Buyer   ☐ Co-Buyer   ☐ Both

Premium:

Credit Life $ ___ N/A

Credit Accident and Health $ ___ N/A

Credit Involuntary Unemployment Insurance $ ___ N/A

Insurance Company Name ___ N/A

Home Office Address ___ N/A

Credit life insurance, credit accident and health insurance, and credit involuntary unemployment insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance, credit accident and health insurance, and credit involuntary unemployment insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit accident and health insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance, credit accident and health insurance, and credit involuntary unemployment insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

YOU CANNOT BE DENIED CREDIT SIMPLY BECAUSE YOU CHOOSE NOT TO BUY CREDIT INSURANCE. CREDIT LIFE INSURANCE AND CREDIT ACCIDENT AND HEALTH INSURANCE AND CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT. INSURANCE WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL CHARGE.

#### Other Optional Insurance

☐ ___ N/A
Type of Insurance ___ Term

Premium $ ___ N/A

Insurance Company Name ___ N/A

| | | $ | N/A | | Type of Insurance | Term |
| to | | $ | N/A | | | |

F  Government Taxes Not Included in Cash Price

G  Government License and/or Registration Fees

Premium $ _____

Insurance Company Name _____

H  Government Certificate of Title Fees          $   296.00

N/A

I  Other Charges (Seller must identify who is paid and describe purpose)

Home Office Address _____

| to | | for Prior Credit or Lease Balance | $ | N/A |
| to | CONTINENTAL | for SERVICE CONTRACT | $ | 2450.00 |
| to | GOODWILL ENTERPRISES, INC. | for DOC FEE | $ | 478.00 |
| to | | for | $ | N/A |
| to | | for | $ | N/A |
| to | | for | $ | N/A |
| to | | for | $ | N/A |
| to | | for | $ | N/A |
| to | | for | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf          $   3224.00   (4)

5  Amount Financed (3 + 4)          $   _____   (5)

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _____
Buyer Signature                Date

X _____
Co-Buyer Signature                Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____ , Year _____ . SELLER'S INITIALS _____

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ Mos.          NONE
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _____

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ ___N/A___ and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

Returned Check Charge: You agree to pay a charge of $  10  if any check you give to us is dishonored.

## NO COOLING OFF PERIOD

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See back for other important agreements.

NOTICE TO THE BUYER: 1. Do not sign this contract if any of the spaces intended for the agreed terms to the extent of then available information are left blank. 2. You are entitled to an exact copy of the contract you signed. 3. Under the law, you have the following rights, among others: – (a) to pay off in advance the full amount due and to obtain a partial refund of the finance charge; (b) to redeem the property if repossessed after a default; (c) to require, under certain conditions, a resale of the property if repossessed.

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X _____ Date 2/14/2016  Co-Buyer Signs X _____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debts. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____

Seller signs   GOODWILL ENTERPRISES, INC. DEDHAM AUTO MALL 12/14/2016   By X _____   Title _____

Address _____

Seller assigns its interest in this contract to   WELLS FARGO DEALER SERVICES   (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse      ☐ XX Assigned without recourse      ☐ Assigned with limited recourse

Seller   GOODWILL ENTERPRISES, INC. DEDHAM AUTO MALL   By X _____   Title _____

ILAW  FORM NO. 553-MA 10/14  U.S. PATENT NO. D463,732
©2014 The Reynolds and Reynolds Company  TO ORDER www.reysource.com, 1-800-344-0996; fax 1-800-531-0055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM, CONSULT YOUR OWN LEGAL COUNSEL.

CUSTOMER/TRUTH IN LENDING COPY

## 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

## 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium of the insurance and a finance charge computed at the Annual Percentage

c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's reasonable fee and court costs, as the law allows.

d. **We may take the vehicle from you.** If you default and the default is material, we may take (repossess) the vehicle from you after we give you any notice and opportunity to cure the default the law requires. We may only take the vehicle if we do so peaceably and the law allows it. If the vehicle is purchased primarily for personal, family, or household use, we may not enter property you own or rent to take the vehicle unless you consent at that time or a court decides we may repossess the vehicle. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it as the law allows. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If the money from the sale is not enough to pay the amount you owe, you must pay the rest to us, unless both of the following things are true: (i) you bought the vehicle primarily for personal, family or household use; and (ii) the balance you owed on this contract was $2,000 or less at the time you defaulted or surrendered the vehicle. If both of these things are true, you will not owe the rest. If either of these things is not true you will owe us the rest as the law allows. If you owe the rest and do not pay it when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

## 4. WARRANTIES SELLER DISCLAIMS

The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It does **not** apply at all if you bought the vehicle primarily for personal, family, or household use.

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of**

Rate shown on the front of this contract or, at our option, the highest rate the law permits.

e. **What happens to returned insurance, mainte-nance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

### 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default) and the default is material, we may demand that you pay all you owe at once after we give you any notice and opportunity to cure the default the law requires. Default means:

- You pay any payment more than 15 days late or not at all; or
- You start a proceeding in bankruptcy or one is started against you or your property; you give false, incomplete, or misleading information on a credit application; or you break any agreements in this contract; except that if you bought the vehicle primarily for personal, family or household purposes, we will only treat these events as defaults if they substantially impair the value of the collateral.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

this contract, the Seller makes no warranties, express or implied, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **APPLICABLE LAW**
Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-MA 10/14

**massDOT**
Massachusetts Department of Transportation
Registry of Motor Vehicles

# CERTIFICATE OF REGISTRATION
M.G.L. Chapter 90 Section 24B makes it a crime to alter this Certificate

**RMV Division**

| PLATE TYPE | REGISTRATION NUMBER | REGISTRATION TYPE | EFFECTIVE DATE | EXPIRES LAST DAY OF | MONTH | YEAR | TRANSACTION NUMBER |
|---|---|---|---|---|---|---|---|
| PAN | 7YBH40 | PASSENGER | 12/16/16 | | 10 | 18 | 01635144240145 |

| MFRS MODEL YEAR | MAKE | MODEL | BODY STYLE TYPE | COLOR | Not valid without official signature of Registrar | IF VEHICLE CARRYING PASSENGERS FOR HIRE MAXIMUM NUMBER OF PASSENGERS THAT CAN BE SEATED | TOTAL REGISTERED WEIGHT FOR A COMMERCIAL VEHICLE OR TRAILER |
|---|---|---|---|---|---|---|---|
| 2013 | BMW | 535 | SEDAN | WHITE | | | |

| VEHICLE IDENTIFICATION NUMBER | INSURANCE COMPANY | TITLE NUMBER | REGISTRAR |
|---|---|---|---|
| WBAFU7C53DDU76575 | GOVT EMPLOYEE INS | | *Chas C. Deveney* |

RESIDENTIAL ADDRESS (IF DIFFERENT)

NAME(S) OF OWNER(S) AND MAILING ADDRESS

JOHNSON, ALEX A
12 EDEN ST
CHELSEA, MA 02150

**FEES**

| | |
|---|---|
| REGISTRATION | 57.50 |
| TITLE | 75.00 |
| SPECIAL PLATES | 0.00 |
| SALES TAX | 2056.25 |
| TOTAL | 2188.75 |

### MASSACHUSETTS DEPARTMENT OF TRANSPORTATION
### REGISTRY OF MOTOR VEHICLES DIVISION
The records of the RMV database constitute the official status of the vehicle registration.

SPECIAL MESSAGE

IF THIS VEHICLE IS NEWLY ACQUIRED, IT
MUST BE INSPECTED WITHIN SEVEN (7) DAYS
OF REGISTRATION.

CHANGE OF ADDRESS

STREET ADDRESS

CITY, STATE, ZIP CODE

## Important Information for Vehicle Owners

. Every person operating a motor vehicle shall have the Certificate of Registration for the motor vehicle and his/her license to operate, upon his/her person or in the vehicle, in some easily accessible place.

. By law, you must report any change of address to the RMV within 30 days in writing. Address changes can be made on the RMV website: www.massrmv.com or by mail to: RMV, P.O. Box 55889, Boston, MA 02205-5889. Once you have reported the address change to the RMV, please write corrected address in box provided above.

. Return the registration plates to the RMV immediately if:

The vehicle has been sold or junked and the registration is not going to be transferred to another vehicle. Keep a copy of the *Bill of Sale, Title,* and completed *Reassignment of Title* for your records to document the transfer.

- You move to another state and you register the vehicle in that state.

- The insurance policy is not renewed or is cancelled and there is no plan to obtain a new policy.

**Transferring Your Plates:** Massachusetts law (M.G.L. Chapter 90, Section 2) allows you to transfer **valid registration plates from this vehicle to a newly acquired new or used motor vehicle or trailer** while you obtain insurance and a new registration. **All** of the following must be met: **1.** You are at least 18 years of age and you own the motor vehicle or trailer identified on this *Registration Certificate;* **2.** You transfer ownership of this vehicle to another person or permanently lose possession of it (such as through repossession, etc.); **3.** The newly acquired vehicle is of the **same vehicle type** (passenger vehicle to passenger vehicle, trailer to trailer, etc.); the **same registration type** (passenger to passenger, commercial to commercial); and has the **same number of wheels**; and, **4.** The **seller and buyer** properly complete the Assignment of the Certificate of Title for the newly acquired "used" vehicle) or Certificate of Origin (if a "new" vehicle). If **all** of the above are met, you may operate the newly acquired vehicle with the transferred plates **up to 5:00 pm of the 7th calendar day** following the date of transfer (or loss of possession). The day of transfer or loss is day #1. During those 7 days, you **must** carry the *Bill of Sale* (or the dealer's *Purchase Contract*) for the newly acquired vehicle **and** this *Registration Certificate* when operating the vehicle. See *FAQs About the Seven-Day Registration Transfer Law* on the RMV's website at **www.massrmv.com.**

**No Insurance Card Required:** Massachusetts's law does **not** require an insurance card. The law, M.G.L. Chapter 90, Section 34A and Chapter 175, Section 113A requires the vehicle's owner to maintain a compulsory motor vehicle liability insurance policy or bond for bodily injury coverage and property damage insurance. If an insurer is identified on the face of this *Registration Certificate,* it is required by law to electronically notify the RMV (Registry of Motor Vehicles) if coverage lapses. The vehicle owner is then notified by the RMV to obtain new insurance within 10 days or the registration will be revoked. Bonds are filed with the State Treasurer's office.

## Be first in line by going online at www.massrmv.com

Schedule a Road Test
Renew Your Driver's License
Renew Your Registration
Pay Citations/Court Hearing Fee
Replace Your Driver's License

Request a Duplicate Title
Request a Duplicate Registration
Change Your Address
Cancel My Plate/Registration
Order a Special Plate

**NEED TO VISIT AN RMV OFFICE?**
**SAVE TIME**
**Complete Your**
**Application Online!**

### VISIT OUR WEBSITE FOR A FULL LIST OF AVAILABLE TRANSACTIONS

SP3061T 02/2014

# Exhibit F

 **Auto**

**Office of the President**
PO Box 168071
Irving, TX 75016
Phone 1-877-250-2265
Fax 1-844-505-6406
wellsfargoauto.com

December 10, 2019

Sebastian Korth Esq.
Korth Law Office
Twelve Maple St.
Ludlow, MA 01056

Subject: Response to your client's concerns for account ending in 4311

Dear Sebastian Korth:

Thank you for giving us the opportunity to review the concerns of your client, Alex A. Johnson. We have completed our research, and are sharing our findings below.

**About the repossession**
Our records reflect that we received an insurance check in the amount of $1,584.53 on August 26, 2019, and did not apply it to the contractual payments. Our records reflect that we correctly informed Mr. Johnson that the insurance check would be applied as principal only and not count towards payments; however, we also informed him otherwise. Because of the conflicting information, we posted the payment as an exception and returned the vehicle to him along with providing $500.00 in compensation.

Going forward, any insurance check will be applied to principal and will not satisfy a contractual payment. Wells Fargo concludes that no additional compensation for the recovery of the vehicle will be provided.

**About damage to the vehicle**
Based on our investigation, it appears that the damages referenced in your letter occurred after the vehicle was released. We confirmed that Mr. Johnson inspected the vehicle prior to it being released and signed the attached release document; agreeing to the condition of the vehicle prior to taking possession. Due to our findings, no compensation will be provided.

OTP-LTR-03 (06/26/19)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2019 Wells Fargo Bank, N.A. All rights reserved.

**About the registration fee**

We contacted the dealership, Bid Cars Boston, and were informed that all registration fees were disclosed to Mr. Johnson at the time of purchase. Per Bid Cars Boston, the additional fee was paid to ensure the registration was completed properly and in a timely manner. For additional questions related to this matter, we recommend contacting Bid Cars Boston at 508-660-0025.

**We're here to help**

We value your feedback and appreciate the time and effort you've taken to share your concerns with us. If you have questions, please call us at 1-877-250-2265, Monday – Friday, 5:00 a.m. to 5:00 p.m. Pacific Time. For customers with hearing or speech disabilities, we also accept telecommunications relay service calls.

Thank you. We appreciate your business.

Sincerely,

*Rodney H.*

Rodney H.
Executive Resolution Specialist
Wells Fargo Auto

OTP-LTR-03 (06/26/19)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2019 Wells Fargo Bank, N.A. All rights reserved.



## **Standard Vehicle Release To Consumer (Redemption) - Page 1 of 2**

**Name:** JOHNSON, ALEX A
**Codebtor:** NO SECOND CONSUMER ON ORDER
**Phone Number:**
**Lender/Client:** **WELLSFARGO-1ST** Wells Fargo Bank
**Account Number:** NO CLIENT ACCOUNT #
**Year Make and Model:** 2013 BMW 5 SERIES
**VIN:** WBAFU7C53DDU76575

### **AGENTS/AUCTIONS:**
Agents and Auctions must refer and adhere to ALL applicable laws regarding disclosures and state regulation(s).

### **RELEASE:**
In consideration of the return of the Vehicle to you, and by signing below, you hereby release and hold harmless the Recovery Agent, ALS Resolvion, and for both entities their respective affiliates, officers, directors, managers, employees, agents, successors, and assigns from any and all claims related to or arising out of or in any way connected to your contract with your Lender and their servicing of your Contract, or the repossession and return of your vehicle with the fees as set forth below.

| Fee Description | # Days Stored | Amount Charged for Service by Agent or Auction | | Total Due | Amount Paid by Consumer at Agent's Lot or Auction |
|---|---|---|---|---|---|
| Storage Fees for Vehicle | 3 | 0 | | $150 | 0 |
| Personal Property Fees | 3 | 75 | | | |
| Redemption Fee | 3 | 75 | | | |

Storage or Reinstate/Redemption at Auction does not include expenses incurred to transport or recondition the vehicle.
Such Fees, if incurred, may be billed to you at a later time.

### AGENT: PLEASE BILL ALSR FOR ALL CUSTOMER REDEMPTION FEES

**NOTICE:** If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this letter, the following applies to you: THIS COMMUNICATION IS <u>NOT</u> AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.

### VEHICLE KEYS: Consumer, please check one of the following:
A) [   ] I received a set of fully working keys to the vehicle from the Agent when I took possession
B) [   ] I have in my possession a set of fully working keys to the Vehicle, the Agent did not provide a set
C) [   ] I received a set of keys to the vehicle which could be used to enter the vehicle but not to start it
      (the vehicle requires an electronic key fob or chip key but I only received metal keys).

**Consumer Initials Here** ___AJ___        **Agent Initials Here** ___LL___        **THIS IS PAGE 1 OF 2**

Multi State Vehicle Release (Wombat) - Revised 3/2019


# ALS Resolvion

## <u>Standard Vehicle Release To Consumer (Redemption) - Page 2 of 2</u>

**Name:** JOHNSON, ALEX A
**Codebtor:** NO SECOND CONSUMER ON ORDER
**Phone Number:**
**Lender/Client:** **WELLSFARGO-1ST** Wells Fargo Bank
**Account Number:** NO CLIENT ACCOUNT #
**Year Make and Model:** 2013 BMW MODEL%
**VIN:** WBAFU7C53DDU76575

**Fee Instructions to Agent:** THERE ARE NO SPECIAL INSTRUCTIONS FROM THE CLIENT. HANDLE ACCORDING TO YOUR STANDARD PROCEDURE, FOLLOWING ALL LOCAL REGULATIONS.

**Transport Instructions:**

**Other Instructions:** COLLATERAL REDEMPTION / REINSTATEMENT FEE -        $75/OCCURRENCE - PERSONAL PROPERTY FEE -                    $75/OCCURRENCE - VEHICLE STORAGE -
        $10/DAY (AFTER 15 FREE DAYS) - *NO FEES ARE PERMITTED TO BE CHARGED TO BORROWER OR ANY INTERESTED PARTY DIRECTLY (INCLUDING FEES TO REINSTATE OR REDEEM A VEHICLE, OR OBTAIN OR STORE PERSONAL PROPERTY). BILL THESE FEES TO ALSR.****************************************************************************************************CUSTOMER ACKNOWLEDGEMENT- BY SIGNING BELOW I ACKNOWLEDGE THAT I HAVE RECEIVED ALL PERSONAL PROPERTY THAT WAS IN THE VEHICLE AT THE TIME OF ITS REPOSSESSION. I AGREE THAT I HAVE HAD THE OPPORTUNITY TO INSPECT MY VEHICLE AND THAT IT IS IN SIMILAR CONDITION THAT IT WAS PRIOR TO ITS REPOSSESSION. ACCORDINGLY, I AGREE TO RELEASE AND FOREVER DISCHARGE FROM ANY AND ALL MANNER OF ACTION OR ACTIONS, SUITS, CLAIMS, DAMAGES, JUDGMENTS, LEVIES AND EXECUTIONS, WHETHER KNOWN OR UNKNOWN, LIQUIDATED OR UNLIQUIDATED, FIXED OR CONTINGENT, DIRECT OR INDIRECT WHICH I EVER HAD, HAVE OR EVER CAN, SHALL OR MAY HAVE AGAINSTWELLS FARGO AUTO FINANCE, INC. ("WFAF") FOR, ANY CLAIMS ARISING FROM OR IN CONNECTION WITH MY PERSONAL PROPERTY AND/OR CONDITION OF MY VEHICLE
*****************************************************************************************************

## <u>CONSUMER:</u>
By signing below, you acknowledge and agree that: (i) the information contained above is accurate, (ii) you inspected the above described Vehicle, (iii) you accept the return of the Vehicle in its current condition and (iv) you have received possession of the Vehicle and all personal property.

## I hereby certify that the above information is correct and true:

**Vehicle Released To:** Alex Johnson   **Signature:** X _____   **Date:** 9/5/19
(print name of person retrieving the vehicle)

**Driver's License #** S72554815  MAli   **Phone #:** 617-772-9930

## <u>AGENT:</u>
By signing below, you acknowledge and agree that (i) the information contained above is accurate, and (ii) you have released the Vehicle and all personal property in your possession related to the recovery of the above described Vehicle

**Vehicle Released By:** _____   **Signature:** X _____   **Date:** 9-
(print name of person releasing the vehicle)

Multi State Vehicle Release (Wombat) - Revised 3/2019